BARDOLPH v. ARNOLD

No. 442P93

Case below: 112 N.C.App. 190

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

BERKELEY FEDERAL SAVINGS AND LOAN ASSN. v. TERRA DEL SOL

No. 494P93

Case below: 111 N.C.App. 692

Motion by plaintiff to dismiss appeal for lack of constitutional issue allowed 27 January 1994. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

BOWDEN v. LATTA

No. 541PA93

Case below: 112 N.C.App. 543

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

BREWINGTON v. N.C. DEPT. OF CORRECTION

No. 421P93

Case below: 111 N.C.App. 833

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

BRYANT v. STATE BD. OF EXAMINERS OF ELECTRICAL CONTRACTORS

No. 504PA93

Case below: 111 N.C.App. 875

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.